```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :     20cr388 (DLC)
                                       :
             -v-                       :        ORDER
                                       :
PEDRO REYNOSO,                         :
                                       :
                       Defendant.      :
                                       :
-------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2020

DENISE COTE, District Judge:

The Court having stayed defendant Pedro Reynoso's release on bail, it is hereby

ORDERED that a bail review is scheduled for Monday, **August 10, 2020**, at **4:00 p.m.** in which counsel for the defendant and the Government shall participate. The parties shall use the following dial-in credentials for the telephone conference:

```
Dial-in:      888-363-4749
Access code:  4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the Government shall attempt to arrange for the defendant's participation in the telephone conference if the institution in which he is incarcerated

permits such participation.

Dated:   New York, New York
         August 6, 2020

                                    _____
                                          DENISE COTE
                                    United States District Judge