UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    20Cr0388-05 (DLC)
                                          :
            -v-                           :        ORDER
                                          :
PEDRO REYNOSO,                            :
                                          :
            Defendant.                    :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    Having received the defendant's August 12 proposal for the defendant's release on bail, it is hereby

    ORDERED that defense counsel shall consult with the Pretrial Services Officer and the Government regarding his proposal.

    IT IS FURTHER ORDERED that the Government shall advise the Court by noon on Friday, August 14, regarding its position on this application or whether it requires additional time to investigate the proposal.

Dated:   New York, New York
         August 12, 2020

                              _____
                                    DENISE COTE
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2020