```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      20Cr388 (DLC)
                                         :
            -v-                          :      ORDER
                                         :
PEDRO REYNOSO,                           :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

   The parties having submitted letters of August 12, August 14, and August 18 regarding the defendant's release on bail, it is hereby

   ORDERED that a telephone conference will be held on **Monday, August 24, 2020** at **3:00 P.M.** to address the defendant's request for release.

   IT IS FURTHER ORDERED that the parties shall discuss the defendant's most recent suggestion of a suitable residence for his release on home confinement and any other location that the defendant may suggest.

   IT IS FURTHER ORDERED that the dial-in credentials for the **August 24** telephone conference are the following:

```
        Dial-in:        888-363-4749
        Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          August 19, 2020

					_____
					DENISE COTE
					United States District Judge