UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
UNITED STATES OF AMERICA,               :        20cr388 (DLC)
                                        :
              -v-                       :          ORDER
                                        :
PEDRO REYNOSO,                          :
                                        :
                   Defendant.           :
                                        :
--------------------------------------- X

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:                       │
│ DATE FILED:    8 28 2020     │
└─────────────────────────────┘
```

DENISE COTE, District Judge:

      ORDERED that a bail review is scheduled for **Wednesday,**

**September 2, 2020**, at **10:30 a.m.** in which counsel for the

defendant and the Government shall participate.  The parties

shall use the following dial-in credentials for the telephone

conference:

      Dial-in:      888-363-4749
      Access code:  4324948

      IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.


Dated:     New York, New York
           August 28, 2020

                              _____
                                      DENISE COTE
                              United States District Judge