```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
UNITED STATES OF AMERICA,                 :       20cr388 (DLC)
                                          :
            -v-                           :          ORDER
                                          :
PEDRO REYNOSO,                            :
                                          :
                      Defendant.          :
                                          :
----------------------------------------  X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2020

DENISE COTE, District Judge:

The Court having received the Pretrial Services Officer's memorandum dated September 9, 2020, it is hereby

ORDERED that a bail hearing is scheduled for **Friday, September 25, 2020** at **12 p.m.** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         September 10, 2020

                                            _____
                                                    DENISE COTE
                                            United States District Judge