```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :      20Cr388 (DLC)
UNITED STATES OF AMERICA,           :
                                    :         ORDER
           -v-                      :
                                    :
PEDRO REYNOSO,                      :
                     Defendant.     :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2020

DENISE COTE, District Judge:

At a hearing held on September 25, 2020, the Court granted defendant's bail application and ordered that defendant be released on his own signature with the remaining conditions to be met by October 2, 2020. Accordingly, it is hereby

ORDERED that the defendant shall be released from the custody of the United States Marshal's Service forthwith.

Dated:   New York, New York
         September 25, 2020

_____
          DENISE COTE
    United States District Judge