```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    20Cr0388-05 (DLC)
UNITED STATES OF AMERICA,                :
                                         :          ORDER
             -v-                         :
                                         :
PEDRO REYNOSO,                           :
                       Defendant.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The Court having received an email report from Pretrial Services late Monday, November 9, 2020, concerning the defendant's living situation, it is hereby

ORDERED that defendant Pedro Reynoso shall surrender to the U.S. Marshal's Office in this district by **4 p.m. today, November 10, 2020**. Failure to comply with this Order will result in the issuance of a warrant for his arrest.

Dated:   New York, New York
         November 10, 2020

                                          _____
                                             DENISE COTE
                                    United States District Judge