```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :         20cr388 (DLC)
                                         :
            -v-                          :         ORDER
                                         :
PEDRO REYNOSO,                           :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The Court received a letter from the defendant postmarked December 22, 2020 and opened in Chambers on January 27, 2021. The letter will be filed on the docket sheet in redacted form. The unredacted letter will be sent to counsel for the defendant and the Government. It is hereby

ORDERED that defense counsel shall respond to defendant's letter by **January 25, 2021**.

Dated:   New York, New York
         January 27, 2021

_____
DENISE COTE
United States District Judge