```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      20cr388 (DLC)
                                         :
          -v-                            :      ORDER
                                         :
PEDRO REYNOSO,                           :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In an Order dated January 27, 2021, this Court ordered defense counsel to respond by February 1, 2021 to a letter from the defendant to the Court. On February 2, 2021, attorney Guy Oksenhendler contacted the Court's courtroom deputy by email indicating that he is aware of the Court's January 27 Order requiring his response, but that he is experiencing internet problems and is unable to file the letter on ECF. It is hereby

ORDERED that Mr. Oksenhendler shall provide his response by today by emailing his response to the chambers' mailbox, cotenysdchambers@nysd.uscourts.gov. Upon receiving the response, this Court will file it on ECF.

Dated:   New York, New York
         February 2, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge