UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

PEDRO REYNOSO,

Defendant.

20cr388 (DLC)

ORDER

DENISE COTE, District Judge:

On February 9, 2021, this Court received a letter dated February 2, 2021 from the defendant. A copy of the letter is attached to this Order.

Dated: New York, New York
February 12, 2021

DENISE COTE
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2021

From: Pedro Reynoso
Bop: 88116054
To: Honorable Judge Cote
Date: Feburary 02 2021
Subject: Ineffective assistance of Consel

**USA v. Pedro Reynoso, 20cr388 (DLC)**

Goodmorning Ms. Cote I am addressing this letter to you requesting to have another attorney appointed as my defender for the reason of having a inneffective assistance from my actual attorney. I do not have constant communication with my attorney to discuss my case, he still hasn't approved my email request which he's aware of and everytime I have my sister call or text him he never responds, My attorney phone always goes straight to voicemail everytime I had my counselor reach him also everytime Pretrial services tried making a three way call. I still have not been provided with documents by my attorney concerning my case (no indictment papers or discovery). I have been disrespected by my attorney who offended me in different occasions cursing at me with obscene words. One time I was even on a four way phone call with my attorney, the defender's office lady and my family while he screamed and cursed at me about taking taking a plea deal of 84 months my loved one's even recorded him when they should have never heard such biligerence coming from the person who is defending my life. I have been pressured by my attorney who wants to obligate me to take a plea agreement for something I am not guilty of and with me even knowing anything about the details of the charges against me. Also the day you released me on bail he came to the cells behind the court room and told me he knows I

did the crime I'm being accused of I do not admit it to him. I am planning on taking this case to trial and I do not feel comfortable putting my freedom in the hands of an attorney who I do not see working for my best interest.

I do not understand how can it be possible that their is no discovery or any type of documents regarding the accusations against me how my attorney told me. I asked him for my indictment papers and my discovery and he told me that their is non of that in my case and he started yelling at me telling me I have to take a 84 months Plead agreement and if I do not take it we going to start trial next court date on Feburary 24. I do not even have the indictment papers with the charges I am accused of. I am not ready to go to trial yet, I need to prepair my defense and my attorney is treating me with deliberate indifference at the time of my requests for information regarding my case.

I need you help! Please. My attorney is trying to force me to plea guilty of a crime I did not commit. I am praying for you responce to my cry for help and hopelessness, in the meanwhile have a good day and may God bless you.

[signature]

2/2/21

Pedro Reynoso #88116054
MCC New York
150 Park Row
New York, NY 10007
NEW YORK NY 100
3 FEB 2021 PM 6 L
RECEIVED
FEB 09 2021
CHAMBERS OF
DENISE COTE
USMP3
SDNY
Judge Dennise Cote
500 pearl street
New York, NY 10007