```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :     20cr388(DLC)
                                         :
         -v-                             :     ORDER
                                         :
PEDRO REYNOSO,                           :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 12, 2021, defendant Pedro Reynoso entered a plea of guilty to a superseding information. During his allocution, the defendant knowingly and voluntarily waived his right to appear in person and elected to enter his plea in a videoconference proceeding.

Pursuant to Section 15002(b)(2) of the Coronavirus Aid, Relief, and Economic Security ("CARES") Act, this proceeding could not be further delayed without serious harm to the interests of justice. The jury trial in this case is scheduled to begin February 24, 2021. There is a strong public interest in the resolution of the charges brought in this case. Reynoso is incarcerated and, given his decision to plead guilty, has a compelling interest in learning of his sentence and, if that sentence includes further incarceration, having an institution designated for service of the sentence. Finally, the Government has a significant interest in knowing whether it should continue

to devote its resources to preparing to bring Reynoso to trial. For all these reasons, the Court agreed to accept Reynoso's plea through a videoconference proceeding.

Dated:     New York, New York
           February 16, 2021

                               _____
                                        DENISE COTE
                              United States District Judge