**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

April 29, 2021

VIA ECF

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Pedro Reynoso*
                 Ind. No. 20 cr 388 (DLC)
                 <u>Consent Request to Adjourn Sentencing</u>

Dear Judge Cote:

      Reference is made to the sentencing of currently scheduled for May 14, 2021 in the above-entitled case. It is respectfully requested that the sentencing be adjourned on consent for a period of sixty days so that counsel has an opportunity to review the medical records of Mr. Reynoso critical to his sentencing submission. Additionally, counsel has just received his second Covid vaccine shot and will be cleared by his cardiologist in 14 days to visit with Mr. Reynoso in person to prepare his sentencing submission and prepare him for sentencing.

      Counsel has sought and received the consent to make this request from Assistant United States Attorney Alexander Li prior to submitting this written request to adjourn the sentencing to Your Honor.

      Accordingly, it is requested Your Honor adjourn the instant sentencing on consent until July 14, 2021 or any time thereafter convenient to the Court.

*[Handwritten note: The sentence is adjourned to June 10, 2021 at 9 a.m. Defense submissions are due 5/28; Government submissions are due 6/4. /s/ Denise Cote 4/29/21]*

Very truly yours,

/s/ Guy Oksenhendler

Guy Oksenhendler