

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2022

**By ECF and Email**
The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Pedro Reynoso</u>, 20 Cr. 388-5 (DLC)

Dear Judge Cote:

    The Government writes to request, with defense counsel's consent, that the violation-of-supervised-release conference for tomorrow, January 14, 2022, at 3:00 p.m., be adjourned for sixty days or to a date and time that is convenient for the Court.

    The Government makes this request in light of the filing in this District of a federal complaint earlier today that charges the defendant with two counts of carjacking, in violation of 18 U.S.C. § 2119(1); one count of the use of a firearm during a carjacking, in violation of 18 U.S.C. § 924(c); and one count of conspiracy to commit carjacking, in violation of 18 U.S.C. § 371. The complaint is attached as Exhibit A. It is anticipated that the defendant will be presented on the charges in the complaint the week of January 16, 2022.

    Because of the substantial overlap in conduct alleged in the complaint and in the Probation Department's specifications, the Government respectfully requests that the Court adjourn tomorrow's conference for sixty days or to a date and time that is convenient for the Court, so that

*[Handwritten: The conference is adjourned to 3/11/22 at 2:00 pm. /s/ Denise Cote 1/13/22]*

the defendant can be presented on the complaint and the parties can better assess how those allegations in the complaint will be resolved.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: /s/
    Daniel H. Wolf / Alexander Li
    Assistant United States Attorneys
    (212) 637-2337 / -2265

cc: César de Castro, Esq. (counsel to Pedro Reynoso)
    Maggie Lynaugh (by email)