```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :    20cr388 (DLC)
                                      :
              -v-                     :    ORDER
                                      :
PEDRO REYNOSO,                        :
                                      :
                   Defendant.         :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received the Government's letter of June 15, 2023, it is hereby

ORDERED that a conference to address the violations of supervised release is scheduled for September 7, 2023 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that any submissions the parties wish the Court to consider in relation to the violation proceeding shall be filed by September 1, 2023.

SO ORDERED:

Dated:   New York, New York
         June 16, 2023

                                   _____
                                            DENISE COTE
                                   United States District Judge