```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :   20cr388-5(DLC)
                                         :
            -v-                          :        ORDER
                                         :
PEDRO REYNOSO,                           :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the Government's letters of August 29, 2023, it is hereby

    ORDERED that the conference to address the violations of supervised release scheduled for September 7 is adjourned to **September 26 at 2:30 PM** in Courtroom 18B, 500 Pearl Street.

    IT IS FURTHER ORDERED that any submissions the parties wish the Court to consider in relation to the violation proceeding shall be filed by **September 22, 2023.**

Dated:    New York, New York
           August 30, 2023

                                          _____
                                               DENISE COTE
                                   United States District Judge