```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    20cr388-5(DLC)
                                         :
            -v-                          :    ORDER
                                         :
PEDRO REYNOSO,                           :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference to address the specifications of violation of supervised release scheduled for September 26 is adjourned to **October 3, 2023 at 2:30 PM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         September 25, 2023

                                              _____
                                                 DENISE COTE
                                    United States District Judge