```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :
UNITED STATES OF AMERICA,                 :    20cr388-5(DLC)
                                          :
              -v-                         :    ORDER
                                          :
PEDRO REYNOSO,                            :
                                          :
                        Defendant.        :
                                          :
---------------------------------------- X
```

DENISE COTE, District Judge:

This Court having been informed by the U.S. Marshals that the defendant cannot be produced for reasons shared with counsel, it is hereby

ORDERED that the conference to address the specifications of violation of supervised release scheduled for October 3 is cancelled.

IT IS FURTHER ORDERED that defense counsel shall provide an update on the defendant by October 31, 2023.

Dated:   New York, New York
         October 3, 2023

                                                DENISE COTE
                          United States District Judge