```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    20cr388-5(DLC)
                                         :
            -v-                          :    ORDER
                                         :
PEDRO REYNOSO,                           :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing regarding specifications of violation of supervised release in this matter is scheduled for December 1, 2023 at 2:30 PM. Any additional information the parties wish to submit in relation to this sentencing is due November 28, 2023.

Dated:   New York, New York
         November 20, 2023

                                    _____
                                             DENISE COTE
                                    United States District Judge