```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    20cr388-5(DLC)
                                         :
              -v-                        :    ORDER
                                         :
PEDRO REYNOSO,                           :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing regarding specifications of violation of supervised release in this matter scheduled for December 1 is moved to **December 4 at 3:30 PM**.

Dated:   New York, New York
         November 30, 2023

_____
          DENISE COTE
     United States District Judge