```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    20cr388-5(DLC)
                                         :
                -v-                      :        ORDER
                                         :
PEDRO REYNOSO,                           :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    This Court having been informed by the U.S. Marshals that the defendant cannot be produced for reasons shared with counsel, it is hereby

    ORDERED that the conference to address the specifications of violation of supervised release scheduled for December 4 is cancelled.

    IT IS FURTHER ORDERED that defense counsel shall provide an update on the defendant by December 15, 2023.

Dated:    New York, New York
           December 4, 2023

                                                       DENISE COTE
                                        United States District Judge