```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :     20cr388-5(DLC)
                                      :
            -v-                       :     ORDER
                                      :
PEDRO REYNOSO,                        :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing regarding specifications of violation of supervised release in this matter is scheduled for **January 9, 2024 at 11:00 AM** in Courtroom 18B.

Dated:   New York, New York
         January 4, 2024

                                              _____
                                                       DENISE COTE
                                              United States District Judge